David C. Wakefield, Esq.    Bar #: 185736
Lightning Law, APC
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.485.4300; Facsimile:  619.342.7755
E-mail:      dcw@DMWakeLaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JESSIE JAMES DAVIS IV, An Individual;** <br> **Plaintiffs,** <br> **v.** <br> **J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1 THROUGH 10, Inclusive** <br><br> **Defendants** | **Case #: 8:20cv01348 JLS (DFMx)** <br><br> **PROOF OF SERVICE ON DEFENDANT J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP ON AUGUST 21, 2020** |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California  ◯

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JESSIE JAMES DAVIS IV, An Individual<br><br>_____<br>*Plaintiff(s)*<br>v.<br>J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1 THROUGH 10, Inclusive<br><br>_____<br>*Defendant(s)* | Civil Action No.  8:20-cv-01348 JLS (DFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David C. Wakefield, Esq., Bar #: 185736
Lightning Law, APC
10620 Treena St., Suite 230
San Diego, CA 92131  T: 619.485.4300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/27/2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:20-cv-01348-JLS-DFM

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP was received by me on July 27th, 2020.

☒ I left the SUMMONS; COMPLAINT; EXHIBIT A; EXHIBIT B; NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CIVIL COVER SHEET at the defendants usual place of business with Kimberly "Doe", Person in Charge at the time of service and a person of suitable age and discretion who works there, on August 18th, 2020, 1:40 pm PDT at 12321 Sampson St STE K, Riverside, CA 92503.

Kimberly "Doe" is described as a white female, Age: 40, Height: 58", Weight: 200, Hair:brown, with glasses.

☒ On August 21st, 2020 a copy of said documents were mailed thereafter by Pre-paid USPS Priority Mail, to the service address, from San Luis Obispo County, California addressed to J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP, in care of registered agent STEVEN DOUGLAS HARDING.

I declare under penalty of perjury that this information is true.

Date: August 27th, 2020

_____
*Server's signature*

Dylan Fisher Riverside County Reg# 1379
_____
*Printed name and title*

LA Process Servers
1439 N. Highland Avenue #274 Los Angeles, CA 90028
323-508-1711

_____
*Server's address*

Additional information regarding attempted service, etc.: