THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
David E. Karlin (SBN 275905)
13522 Newport Avenue, Suite 201
Tustin, California  92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
david@karlinlaw.com

Attorneys for Defendant: J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United African-Asian Abilities Club, on Behalf of Itself and Its Members; Jessie James Davis IV, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. 8:20-cv-01348-JLS-DFM<br><br>**STIPULATION TO SET ASIDE DEFAULT OF J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP** |

IT IS HEREBY STIPULATED by and between Plaintiffs, United African-Asian Abilities Club, on Behalf of Itself and Its Members; Jessie James Davis IV, an Individual and Defendant J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP, by and through their attorneys of record, that the Entry of Default against Defendant J. M.

1

HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP is hereby set aside. This stipulation is based upon the following facts constituting good cause:

1. Plaintiff served Defendant J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP, by personal service on its registered agent on August 21, 2020.
2. Plaintiff filed an Application for Entry of Default against Defendant J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP on October 27, 2020.
3. Defendant J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP was unaware of the service until after the Request for Entry of Default was filed.
4. Defendant J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP retained counsel, The Karlin Law Firm LLP, on November 12, 2020.
5. It is agreed and stipulated that the Default entered against Defendant J. M. HARDING L.P., A CALIFORNIA LIMITED PARTNERSHIP shall be set aside and that the new due date for Defendants' responsive pleadings in this matter shall be 30 days after said Default is set aside.
6. Further, good cause exists for this extension as Defense counsel has just been retained and requires time to become knowledgeable about the case to prepare an initial pleading.

Accordingly, the Parties stipulate to the above.

IT IS SO STIPULATED.

DATED: 11/16/2020　　　　　　**LIGHTNING LAW, APC**

　　　　　　　　　　　　　　　　By: __/s/ David C. Wakefield____
　　　　　　　　　　　　　　　　　　David C. Wakefield, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

DATED: 11/16/2020　　　　　　**THE KARLIN LAW FIRM LLP**

　　　　　　　　　　　　　　　　By: __/s/ David E. Karlin_____
　　　　　　　　　　　　　　　　　　David E. Karlin, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

I, David E. Karlin attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

　　　　　　　　　　　　　　　　　__/s/ David E. Karlin_____
　　　　　　　　　　　　　　　　　David E. Karlin